IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| KIM BAKER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN CARE PARTNERS AT HOME, INC.<br><br>Defendant. | Case Number: 1:17-cv-01387 LMB-MSN |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

The parties, through counsel, file this joint motion to dismiss with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The parties file a related letter explanation and attached agreement under seal. Except as may otherwise be agreed by the parties in writing, all parties shall bear their own costs and attorneys' fees relating to this action.

*So Ordered*

Dated: May 25, 2018

By Counsel for Defendant:

/s/ George R.A. Doumar
George R.A. Doumar
VA Bar #26490
Doumar Martin, PLLC
1530 Wilson Blvd., Suite 430
Arlington, Virginia 22201
Phone: 703-243-3737
Fax:   703-524-7610
Email: gdoumar@doumarmartin.com

/s/ _____
Leonie M. Brinkema
United States District Judge
6/4/18

1